UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONNI BOSKOVICH, | Case No. 2:21-cv-00670-JAD-DJA |
| Plaintiff(s), | **Order** |
| v. | |
| NYE COUNTY DISTRICT ATTORNEY'S OFFICE, et al., | |
| Defendant(s). | |

The early neutral evaluation program applies to employment-discrimination actions. Local Rule 16-6(a). After an early neutral evaluation session was set in this case, the parties filed a stipulation indicating that Plaintiff's Title VII claims are not properly before the Court because she has not received a right-to-sue letter. Docket No. 13 at 2. Given the circumstances, the early neutral evaluation is hereby **VACATED**. *See* Local Rule 16-6(c) (evaluating magistrate judge may *sua sponte* exempt case form early neutral evaluation process). In the event Plaintiff's Title VII claims become properly before the Court, the parties may request an early neutral evaluation session by filing a motion or stipulation on the docket with five dates on which all participants are available.[1]

IT IS SO ORDERED.

Dated: July 16, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court will determine at that time whether to set an early neutral evaluation session.

1