Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONNI BOSKOVICH,<br><br>               Plaintiff,<br><br>      vs.<br><br>NYE COUNTY, a political subdivision, and municipality including its department, NYE COUNTY DISTRICT ATTORNEY'S OFFFICE; CHRIS ARABIA, in his individual and official capacity; LEO BLUNDO, in his individual and official capacity; DOES I -50; and ROE CORPORATIONS I -50,<br><br>               Defendants. | CASE NO. 2:21-cv-00670-JAD-DJA<br><br>**Stipulation and Order to File Amended Complaint**<br><br>ECF No. 16 |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff RONNI BOSKOVICH ("Plaintiff") may file an Amended Complaint, a copy of which is attached hereto as Exhibit "A".

   IT IS FURTHER STIPULATED that Defendants waive notice and service of the amended

1

complaint and the answer of Defendant NYE COUNTY and the motion to dismiss of Defendants CHRIS ARABIA and LEO BLUNDO ("Arabia" and "Blundo") remain in full force and effect except that the motion to dismiss of Defendants Arabia and Blundo will not seek dismissal of Plaintiff's claims based upon a failure to obtain a Notice of Right to Sue which has now been obtained and is attached to the Amended Complaint.  However, all other arguments set forth in Defendants Arabia and Blundo's Motion to Dismiss are preserved and remain ripe for determination.

RESPECTFULLY SUBMITTED this 4th day of August, 2021.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | LEMONS, GRUNDY & EISENBERG |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br>Attorney for Plaintiff<br><br>Dated: August 4, 2021 | /s/ Rebecca Bruch<br>Rebecca Bruch, Esq.<br>Nevada Bar No. 7289<br>6005 Plumas Street, Third Floor<br>Reno, NV  89519<br>Attorney for Defendant NYE COUNTY<br><br>Dated: August 4, 2021<br><br>MARQUIS AURBACH COFFING<br><br>/s/ Brian R. Hardy<br>Brian R. Hardy, Esq.<br>Nevada Bar No. 10068<br>10001 Park Run Drive<br>Las Vegas, NV  89145<br>Attorney for Defendants CHRIS ARABIA and LEO BLUNDO |

**ORDER**

Based on the parties' stipulation [ECF No. 16] and with good cause appearing, IT IS SO ORDERED.  The plaintiff has until 9/17/21 to file the amended complaint in the format provided at ECF No. 16-1.  The court will resolve the motion to dismiss [ECF No. 6] in due course.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 14, 2021