# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNI BOSKOVICH,<br><br>    Plaintiff(s),<br><br>v.<br><br>NYE COUNTY DISTRICT ATTORNEY'S OFFICE, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00670-JAD-DJA<br><br>**Order** |

    On July 16, 2021, the Court vacated the early neutral evaluation in this case because a qualifying employment claim was not before the Court. Docket No. 15. The Court instructed that the parties could request an early neutral evaluation in the event Plaintiff's Title VII claims become properly before the Court. *Id.* To date, no such request has been filed. Accordingly, the Court hereby INSTRUCTS the Clerk's Office to remove the ENE flag from the docket and to remove the undersigned as a settlement judge on this case.

    IT IS SO ORDERED.

    Dated: January 6, 2023

                                                                Nancy J. Koppe<br>
                                                            United States Magistrate Judge