Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONNI BOSKOVICH,<br><br>                    Plaintiff,<br><br>vs.<br><br>NYE COUNTY, a political subdivision, and municipality including its department, NYE COUNTY DISTRICT ATTORNEY'S OFFFICE; CHRIS ARABIA, in his individual and official capacity; DOES I -50; and ROE CORPORATIONS I -50,<br><br>                    Defendants. | CASE NO. 2:21-cv-00670-JAD-DJA<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HER RESPONSE TO DEFENDANTS CHRIS ARABIA AND LEO BLUNDO'S MOTION FOR ATTORNEY FEES AND COSTS [LR 7-1; LR IA 6-2]<br><br>(First Request)<br><br>ECF No. 51 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Defendants Chris Arabia and Leo Blundo's motion for attorney fees and costs filed on March 15, 2023, for which the response is currently due on March 29, 2023, will be continued until April 7, 2023.

///

1  Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given that Plaintiff's counsel is preparing for a trial that will take place the week of March 27th. No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendants Chris Arabia's and Leo Blundo's motion for attorney fees and costs.

| LAW OFFICES OF MICHAEL P. BALABAN | MARQUIS AURBACK |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141<br>Attorney for Plaintiff<br><br>Dated: March 23, 2023 | /s/ Brian R. Hardy<br>Brian R, Hardy, Esq.<br>10001 Park Run Drive<br>Las Vegas, NV  89145<br>Attorneys for Defendants Chris Arabia and Leo Blundo<br><br>Dated: March 23, 2023 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: March 27, 2023

2