Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONNI BOSKOVICH,<br><br>            Plaintiff,<br><br>     vs.<br><br>NYE COUNTY, a political subdivision, and municipality including its department, NYE COUNTY DISTRICT ATTORNEY'S OFFFICE; CHRIS ARABIA, in his individual and official capacity; LEO BLUNDO, in his individual and official capacity; DOES I -50; and ROE CORPORATIONS I -50,<br><br>            Defendants. | **Case No.: 2:21-cv-00670-JAD-DJA**<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, RONNI BOSKOVICH ("Plaintiff") and Defendant, NYE COUNTY ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice,

///

///

1

each party to bear its own costs and fees.

DATED this 3rd day of June, 2024.

| LAW OFFICES OF MICHAEL P. BALABAN | LEMONS, GRUNDY & EISENBERG |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141 | /s/ Rebecca Bruch<br>Rebecca Bruch, Esq.  SBN#7289<br>6005 Plumas Street, Third Floor<br>Reno, NV 89519 |
| *Attorney for Plaintiff Ronni Boskovich* | *Attorneys for Defendant Nye County* |

Dated: June 3, 2024

## ORDER

Based on the parties' stipulation [ECF No. 72] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 4, 2024